**IN RE: Catherine Denise RANDOLPH,**
**Appellant.**

**In re: Catherine Denise Randolph,**
**Appellant.**

No. 17-1211, No. 17-1381

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2017

Decided: May 25, 2017

Catherine Denise Randolph, Petitioner Pro Se.

Before KING, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Catherine Denise Randolph appeals the district court's orders returning her complaints because they were not in compliance with the prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*